UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| MOHAMMAD NAZAKAT KHAN | CIVIL ACTION NO. 5:15-cv-2522 |
| VS. | SECTION P |
| | JUDGE ELIZABETH E. FOOTE |
| RAMONA EMMANUEL | MAGISTRATE JUDGE KAREN L. HAYES |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that this *habeas corpus* petition arising pursuant to 28 U.S.C. §2241 be **DISMISSED**.

THUS DONE AND SIGNED, in chambers, in Shreveport, Louisiana, on this 22 day of _____June_____, 2015.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE